USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 23 JUN 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------:
SECURITIES AND EXCHANGE COMMISSION,         :
                                            :
                    Plaintiff,              :    10 Civ. 1842 (GBD)
                                            :
        -against-                           :
                                            :
JOSE O. VIANNA, JR.,                        :
                                            :
                    Defendant, and          :
                                            :
CRESWELL EQUITIES, INC.                     :
                                            :
                    Relief Defendant.       :
---------------------------------------------------------------:

## ORDER EXTENDING BRIEFING DEADLINES

WHEREAS Relief Defendant Creswell Equities, Inc. ("Creswell") filed a Motion to Dismiss and for a Temporary Stay of Discovery dated June 16, 2010 in the above-captioned action (the "Motion"); and

WHEREAS Creswell has consented to an extension of the dates set forth under Local Civil Rule 6.1 for the filing of the brief in opposition to the Motion by plaintiff Securities and Exchange Commission (the "Commission") from July 1, 2010 to July 9, 2010 and the filing of Creswell's reply brief from July 9, 2010 to July 19, 2010;

IT IS HEREBY ORDERED that:

1. The Commission's brief in opposition to the Motion shall be filed on or before July 9, 2010; and

2. Creswell's reply brief in further support of the Motion shall be filed on or before July 19, 2010.

Dated:   June __, 2010

                            SO ORDERED    23 JUN 2010

                            *George B. Daniels*
                            The Hon. George B. Daniels
                            United States District Judge