UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,
          -against-

                               05 Civ. 8486 (GBD)

JOSE O. VIANNA, Jr.,
               Defendant, and      ORDER

CRESWELL EQUITIES, INC.
               Relief Defendant.
------------------------------------ x

GEORGE B. DANIELS, District Judge:

Plaintiff's application for an order freezing the assets of relief defendant Creswell Equities, Inc. is denied. Plaintiff has not made a sufficient showing that Creswell Equities, Inc. has received ill-gotten funds to which it does not have a legitimate claim. The temporary restraining order issued by this Court is extended for fourteen days for the SEC to determine whether to seek appellate review.

Dated:

April 1, 2010
New York, New York

                                               /s/ George B. Daniels

                                               GEORGE B. DANIELS

                                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01 APR 2010